1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  THOMAS P. MAZZUCCO (CSBN 139758)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7289
7      Fax: (415) 436-7234

8  Attorneys for the United States

**FILED**

JUL 2 7 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA    06  70479

11                       SAN FRANCISCO DIVISION

12  IN RE SEARCH WARRANT FOR:            )
    1220 Kenilworth Road, Hillsborough, CA; )   No.   06  70479       EMC
13  823 East 24th Street, Apt. 1, Oakland, CA; )
    1927 Bridgepointe Circle, Apt. H344, San )
14  Mateo, CA; 3018 Humboldt Avenue,     )     SEALING ORDER
    Oakland, CA; 166 Los Robles Drive,   )
15  Burlingame, CA; 335 Glasgow Circle,  )
    Danville, CA, and                    )     **(FILED UNDER SEAL)**
16  COMPLAINT AND ARREST                 )
    WARRANTS RE:                         )
17  **JOHNSON MAI,**                     )
    a/k/a Zhi Xiong Mai, a/k/a Uncle Hong, )
18  a/k/a Chi Hong Mak, a/k/a Hong Suk   )
    1220 Kenilworth Drive, Hillsborough, )
19  California;                          )
    **LISA LEE,**                        )
20  a/k/a Xiao Ling Li                   )
    1220 Kenilworth Drive, Hillsborough, )
21  California;                          )
    **KAI LUN ZHENG,**                   )
22  a/k/a Wai Keung Cheung, a/k/a Su Ming, )
    a/k/a Alan Zheng;                    )
23  **ZHI EN HUANG,**                    )
    a/k/a Gao Lo                         )
24  1927 Bridgepointe Circle, Apartment H344 )
    San Mateo, California;               )
25  **DAVID YUEN,**                      )
    a/k/a Lo Wu, a/k/a Wu So Gor         )
26  3018 Humboldt Avenue                 )
    Oakland, California; and             )
27  **ERIC YU HENG CAI,**                )
    166 Los Robles Drive                 )
28  Burlingame, California               )
                                         )

SEALING ORDER

1 | FOR GOOD CAUSE SHOWN, it is hereby ordered that the Application and Affidavit for
2 | Search Warrant, Search Warrant, Complaint, Arrest Warrants and this Order shall be filed under
3 | seal until further order of this Court.  Endorsed filed copies shall be provided to the United States
4 | Attorney's Office.
5 | IT IS SO ORDERED.

7 | Dated: 26 July 06

HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge

SEALING ORDER