1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 301887)
3  Chief, Criminal Division

4  THOMAS P. MAZZUCCO ((CSBN 139758)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone:  (415) 436-7289
7      Fax:  (415) 436-7234

8  Attorneys for Plaintiff

9                       UNITED STATES MAGISTRATE COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                           SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA,         )   No.   3-06-70479 MAG
   |                                   )
13 |     Plaintiff,                    )   [PROPOSED] ORDER AND
   |                                   )   STIPULATION FOR CONTINUANCE
14 | v.                                )   FROM AUGUST 11, 2006 TO
   |                                   )   SEPTEMBER 6, 2006 AND EXCLUDING
15 | JOHNSON MAI,                      )   TIME FROM THE SPEEDY TRIAL ACT
   |     a/k/a Zhi Xiong Mai,          )   CALCULATION (18 U.S.C. §
16 |     a/k/a Uncle Hong,             )   3161(h)(8)(A)) AND WAIVING TIME
   |     a/k/a Chi Hong Mak,           )   LIMITS UNDER RULE 5.1
17 |     a/k/a Hong Suk;               )
   | LISA LEE,                         )
18 |     a/k/a Xiao Ling Li;           )
   | KAI LUN ZHENG,                    )
19 |     a/k/a Wai Keung Cheung,       )
   |     a/k/a Su Ming,                )
20 |     a/k/a Alan Zheng;             )
   | ZHI EN HUANG,                     )
21 |     a/k/a Gao Lo;                 )
   | DAVID YUEN,                       )
22 |     a/k/a Lo Wu ,                 )
   |     a/k/a Wu So Gor; and          )
23 | ERIC YU HENG CAI;                 )
   |                                   )
24 |     Defendants.                   )
   |_____)
25

26     With the agreement of the parties, and with the consent of the defendants, the Court

27 enters this order scheduling an arraignment or preliminary hearing on September 6, 2006 at

28 STIPULATION AND [PROPOSED] ORDER
   [3-06-70479] [MAG]

9:30A.M. before the duty magistrate judge, and documenting the defendants' waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from August 11, 2006 to September 6, 2006. The parties agree, and the Court finds and holds, as follows:

1.  The defendants agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide continuity of counsel and reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

2.  The defendants waive the time limits of Federal Rule of Criminal Procedure 5.1 for preliminary hearing.

3.  All counsel for the defendants believe that postponing the preliminary hearing is in the clients' best interest, and that it is not in their clients' interest for the United States to indict the case during the normal 10-day timeline established in Rule 5.1.  All counsel for the defendants have specifically considered the need for additional time to continue consultations with Pretrial Services on the question of their clients' eligibility for pretrial diversion.

4.  The Court finds that, taking into account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1.  Given these circumstances, the Court finds that the ends of justice served by excluding the period from August 11, 2006 to September 6, 2006  outweigh the best interest of the public and the defendants in a speedy trial.  § 3161(h)(8)(A).

5.  Accordingly, and with the consent of the defendant, the Court (1) alternatively sets a preliminary hearing or arraignment before the duty magistrate judge on September 6, 2006 at 9:30A.M., and (2) orders that the period from August 11, 2006 to September 6, 2006 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

//

//

STIPULATION AND [~~PROPOSED~~] ORDER
[3-06-70479] [MAG]                               2

IT IS SO STIPULATED:

DATED:  September 12, 2006         /S/ Robert Waggener
ROBERT WAGGENER
Attorney for Defendant Johnson Mai

DATED: September 12, 2006         /S/ Tony Tamburello
TONY TAMBURELLO
Attorney for Defendant Lisa Lee

DATED:  September 12, 2006         /S/ Brian Getz
BRIAN GETZ
Attorney for Defendant Zhi En Huang

DATED:  September 12, 2006         /S/ Stuart Hanlon
STUART HANLON
Attorney for Defendant David Yuen

DATED:  September 12, 2006         /S/ Randy Montesano
RANDY MONTESANO
Attorney for Defendant Eric Yu Heng Cai

IT IS SO ORDERED.

DATED:  September 15, 2006
HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

STIPULATION AND [~~PROPOSED~~] ORDER
[3-06-70479] [MAG]                3