| DOCUMENTS UNDER SEAL | | | | | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Wings Hom | | | REPORTER/TAPE NO.<br>FTR 9:42-9:45 | |
| MAGISTRATE JUDGE<br>Nandor J. Vadas | DATE<br>January 3, 2007 | | | ☐ NEW CASE | CASE NUMBER<br>3-06-70479 JL |

### APPEARANCES

| DEFENDANT<br>David Yuen | AGE | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Stuart Hanlon | ☐ PD.<br>☐ APPT.<br>☒ RET. |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Tom Mazzucco | INTERPRETER<br>Tom Lam -Cantonese | | | FIN. AFFIDAVIT SUBMITTED ☐<br>DEFENDANT ELIGIBLE FOR<br>APPOINTED COUNSEL ☐<br>COUNSEL APPOINTED ☐<br>PARTIAL PAYMENT OF CJA<br>FEES ORDERED ☐ | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Victoria Gibson | | | | |

### PROCEEDINGS SCHEDULED TO OCCUR

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | INITIAL APPEARANCE | ☒ | PRELIMINARY HEARING | ☐ | MOTION | ☐ | JUDGMENT & SENTENCING | ☐ | STATUS |
| ☐ | I.D. COUNSEL | ☒ | OR ARRAIGNMENT  *Not Held* | ☐ | BOND POSTING/ SIGNING | ☐ | IA ON PETITION TO REVOKE PROB. | ☐ | TRIAL |
| ☐ | DETENTION HEARING | ☐ | REMOVAL HEARING | ☐ | CHANGE OF PLEA | ☐ | PROB. REVOC. OR SUPV. REL. HRG. | ☐ | OTHER |

### INITIAL APPEARANCE

| ☐ | ADVISED OF RIGHTS | ☐ | ADVISED OF CHARGES | ☐ | NAME AS CHARGED IS TRUE NAME | ☐ | TRUE NAME: |
|---|---|---|---|---|---|---|---|

### ARRAIGNMENT

| ☐ | ARRAIGNED ON INFORMATION | ☐ | ARRAIGNED ON INDICTMENT | ☐ | READING WAIVED SUBSTANCE STATED | ☐ | WAIVER OF INDICTMENT FILED |
|---|---|---|---|---|---|---|---|

### RELEASE

| ☐ | RELEASED ON O/R | ☒ | ISSUED APPEARANCE BOND | ➡ | AMOUNT OF SECURITY<br>$100,000 PR | AMOUNT RECEIVED<br>$ | ☐ | PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|---|---|---|---|

| PROPERTY POSTED/TO BE POSTED | | | | REAL PROPERTY: | |
|---|---|---|---|---|---|
| ☐ CASH | | ☐ CORPORATE SECURITY | | ☐ | |

| ☐ | MOTION FOR DETENTION | ☐ | PRETRIAL SERVICES REPORT ORDERED | ☐ | DETAINED | ☒ | RELEASED | ☐ | DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ | REMANDED TO CUSTODY |
|---|---|---|---|---|---|---|---|---|---|---|---|

| ORDER REMOVED TO THE DISTRICT OF | OTHER: |
|---|---|

### PLEA

| ☐ | CONSENT ENTERED | ☐ | NOT GUILTY | ☐ | GUILTY | ☐ | GUILTY TO COUNTS: |
|---|---|---|---|---|---|---|---|
| ☐ | PRESENTENCE REPORT ORDERED | ☐ | CHANGE OF PLEA | ☐ | PLEA AGREEMENT FILED | ☐ | OTHER: |

### CONTINUANCE

| TO: 2-28-07 | ☐ I.D. COUNSEL | ☐ BOND POSTING/ SIGNING | ☐ STATUS RE: CONSENT | ☐ JURY TRIAL |
|---|---|---|---|---|
| AT: 9:30 a.m. | ☐ FINAN. AFFIDAVIT SUBMITTED | ☒ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ PLEA | ☐ BOND HEARING |
| BEFORE HON.<br>MEJ | ☐ DETENTION HEARING | | ☐ TO HEAR MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED  *Govt to submit order* | | ☐ IDENTITY/REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |
| ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ TRIAL SETTING | ☐ COURT TRIAL | ☐ STATUS |

### ADDITIONAL PROCEEDINGS

COPIES SENT TO: Gloria; Brenda

DOCUMENT NUMBER: