~~PROPOSED~~ ORDER/COVER SHEET

FILED
2007 FEB 12 PM 3:32
RICHARD ~~...~~
CLERK
U.S. ~~...~~

TO:      Honorable Joseph C. Spero         RE:      David Bo YUEN
         U.S. Magistrate Judge

FROM:    Claudette M. Silvera, Chief       DOCKET NO.:    CR06-70479 MAG
         U.S. Pretrial Services Officer

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

_____Allen Lew, Supervisor_____        _____415-436-7501_____
         U.S. PRETRIAL SERVICES OFFICER                  TELEPHONE NUMBER

RE:      MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐  I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒  Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. A, 15th Floor on Feb. 15, 2007 (Spec. setting) at 10:00 AM.

☐  Inform all parties concerned that a Bail Review Hearing will be conducted by:
   Magistrate Judge_____ Presiding District Court Judge_____

☐  I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐  Modification(s)
   A.
   B.

☐  Bail Revoked/Bench Warrant Issued.

☐  I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐  Other Instructions:

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE
JUDICIAL OFFICER

Feb. 12, 2007
DATE

Cover Sheet (12/03/02)