~~PROPOSED~~ ORDER/COVER SHEET

TO:     Honorable Joseph C. Spero          RE:         David Bo YUEN
        U.S. Magistrate Judge

FROM:   Claudette M. Silvera, Chief        DOCKET NO.: CR06-70479 MAG
        U.S. Pretrial Services Officer

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

        Rich Sarlatte                              415-436-7508
   U.S. PRETRIAL SERVICES SPECIALIST             TELEPHONE NUMBER

RE:     MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[ ]  I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[X]  Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. **A**
     **15th Floor** on ~~Fri.~~ **Mon. 3/19/07** at **9:30 AM**.

[ ]  Inform all parties concerned that a Bail Review Hearing will be conducted by:
     Magistrate Judge_____ Presiding District Court Judge_____

[ ]  I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ]  Modification(s)

     A.

     B.

[ ]  Bail Revoked/Bench Warrant Issued.

[ ]  I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[ ]  Other Instructions:


_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE                 3/14/07
JUDICIAL OFFICER                               DATE

Cover Sheet (12/03/02)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DAVID BO YUEN,

        Defendant.
        _____/

Case Number: 3:06-mj-70479 MAG

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 15, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Stuart Douglas Hanlon
Law Offices of Stuart Hanlon
179 - 11th Street, 2nd Floor
San Francisco, CA 94103

Thomas P. Mazzucco
450 Golden Gate Ave.
San Francisco, CA 94102

Richard Sarlatte
US Pretrial Services
450 Golden Gate Ave.
San Francisco, CA 94102

Dated: March 15, 2007

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk