1  Garrick S. Lew SBN 61889
    Law Offices of Garrick S. Lew & Associates
2  600 Townsend Street, Suite 329E
    San Francisco, CA 94103-4957
3  Telephone:   (415) 575-3588
    Facsimile:    (415) 522-1506
4  email:      gsl@defendergroup.com

5  Attorneys for Defendant Johnson Mai

6

7

8                     UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES,<br>         Plaintiff<br>12  v.<br>13  JOHNSON MAI,<br>        a/k/a Zhi Xiong Mai<br>14      a/k/a Uncle Hong,<br>        a/k/a Chi Hong Mak,<br>15      a/k/a Hong Suk;<br>16  LISA LEE,<br>        a/k/a Xiao Ling Li;<br>17  KAI LUN ZHENG,<br>      a/k/a Wai Keung Cheung,<br>18      a/k/a Su Ming,<br>        a/k/a Alan Zheng;<br>19  ZHI EN HUANG,<br>20      a/k/a Gao Lo;<br>  DAVID YUEN,<br>21      a/k/a Lo Wu,<br>22      a/k/a Wu So Gor; and<br>  ERIC YU HENG CAI<br>23<br>24      Defendants. | No: 3-06-70479 MAG<br><br>[~~PROPOSED~~] ORDER AND STIPULATION<br>FOR CONTINUANCE FROM NOVEMBER<br>2, 2007 TO DECEMBER 11, 2007 AND<br>EXCLUDING TIME FROM THE SPEEDY<br>TRIAL ACT CALCULATION (18 U.S.C. §<br>3161(h)(8)(A) AND WAIVING TIME<br>LIMITS UNDER RULE 5.1 |

25

26

27        With the agreement of the parties, and with the consent of the defendants, the Court enters this

28  order scheduling a status conference on December 11, 2007 at 9:30 a.m. before the duty magistrate

1  judge and documenting the defendants' waiver of the preliminary hearing date under Federal Rule of
2  Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. §
3  3161(h)(8)(B)(ii) and (iv), from November 2, 2007 to and through December 11, 2007. The parties
4  agree, and the Court finds and holds, as follows:

5      1.    The case is very complex and involves international transactions and shipments, foreign

6          banks and complex monetary transactions, extensive wiretap evidence and conversations

7          in different chinese language dialects. There are multiple defendants and discovery is

8          voluminous. All defense counsel involved are in need of additional time to prepare the

9          case. Furthermore, the government and defense counsel are actively involved in the

10         process of global settlement discussions to resolve all pending charges and forfeiture

11         claims involving some\all defendants before the court and additional time is necessary

12         to seek approval of proposed plea and forfeiture agreements with the government.

13     2.    All defendants agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

14         3161(h)(8)(B)(ii) on the basis of complexity and (iv) continuity of counsel for effective

15         preparation taking into account the exercise of due diligence.

16     3.    The defendants waive the time limits of Federal Rule of Criminal Procedure 5.1 for

17         preliminary hearing.

18     4.    Accordingly, and with the consent of all parties, the Court (1) alternatively sets a

19         preliminary hearing before the duty magistrate judge on December 11, 2007 at 9:30 a.m.

20         and (2) orders that the period from November 2, 2007 to December 11, 2007 be

21         excluded from the time period for preliminary hearings under Federal Rule of Criminal

22         Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(b).

23  IT IS SO STIPULATED:

24  DATED: October 30, 2007        /s/   Garrick Lew
                        GARRICK LEW
25                          Attorney for Defendant Johnson Mai

26
    DATED: October 30, 2007        /s/   Gil Eisenberg
27                          GIL EISENBERG
                        Attorney for Defendant Kai Lun Zheng
28

1  DATED: October 30, 2007        /s/    Brian Getz
                                  BRIAN GETZ
2                                 Attorney for Zhi En Huang

3
   DATED: October 30, 2007        /s/    Stuart Hanlon
4                                 STUART HANLON
                                  Attorney for David Yuen
5
   DATED: October 30, 2007        /s/    Randy Montesano
6                                 RANDY MONTESANO
                                  Attorney for Eric Cai
7
   DATED: October 30, 2007        /s/    Thomas Mazzucco
8                                 THOMAS MAZZUCCO
                                  Assistant United States Attorney
9

10

11  IT IS SO ORDERED.

12  DATED: 11/1/07
                                  HONORABLE EDWARD CHEN
13                                United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27
   Stipulation and Proposed Order for Continuance
28  [3-06-70479] [MAG]