1  Garrick S. Lew SBN 61889
   Law Offices of Garrick S. Lew & Associates
2  600 Townsend Street, Suite 329E
   San Francisco, CA 94103-4957
3  Telephone:   (415) 575-3588
   Facsimile:   (415) 522-1506
4  email:        gsl@defendergroup.com

5  Attorneys for Defendant Johnson Mai

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES,                          ) No: 3-06-70479 MAG
           Plaintiff                       )
12 v.                                      )
   JOHNSON MAI,                            )
13     a/k/a Zhi Xiong Mai                 ) [PROPOSED] ORDER AND STIPULATION
       a/k/a Uncle Hong,                   ) FOR CONTINUANCE FROM FEBRUARY
14     a/k/a Chi Hong Mak,                 ) 12, 2008 TO FEBRUARY 26, 2008 AND
       a/k/a Hong Suk;                     ) EXCLUDING TIME FROM THE SPEEDY
15 LISA LEE,                               ) TRIAL ACT CALCULATION (18 U.S.C. §
       a/k/a Xiao Ling Li;                 ) 3161(h)(8)(A) AND WAIVING TIME
16 KAI LUN ZHENG,                          ) LIMITS UNDER RULE 5.1
       a/k/a Wai Keung Cheung,             )
17     a/k/a Su Ming,                      )
       a/k/a Alan Zheng;                   )
18 ZHI EN HUANG,                           )
       a/k/a Gao Lo;                       )
19 DAVID YUEN,                             )
       a/k/a Lo Wu,                        )
20     a/k/a Wu So Gor; and                )
   ERIC YU HENG CAI                        )
21                                         )
           Defendants.                     )
22 _____)

23     With the agreement of the parties, and with the consent of the defendants, the Court enters this

24 order scheduling a status conference on February 26, 2008 at 9:30 a.m. before the duty magistrate judge

25 and documenting the defendants' waiver of the preliminary hearing date under Federal Rule of Criminal

26 Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(ii) and

27 (iv), from February 12, 2008 to and through February 26, 2008. The parties agree, and the Court finds

28

and holds, as follows:

1. The case is very complex and involves international transactions and shipments, foreign banks and complex monetary transactions, extensive wiretap evidence and conversations in different Chinese language dialects. There are multiple defendants and discovery is voluminous. All defense counsel involved are in need of additional time to prepare the case. Furthermore, the government and defense counsel are actively involved in negotiating the final terms of a global settlement that will resolve all pending charges and forfeiture claims involving all defendants before the court and additional time is necessary to seek approval of the proposed plea and forfeiture agreements with the government.

2. All defendants agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(ii) on the basis of complexity and (iv) continuity of counsel for effective preparation taking into account the exercise of due diligence.

3. The defendants waive the time limits of Federal Rule of Criminal Procedure 5.1 for preliminary hearing.

4. Accordingly, and with the consent of all parties, the Court (1) alternatively sets a preliminary hearing before the duty magistrate judge on February 26, 2008 at 9:30 a.m. and (2) orders that the period from February 12, 2008 to and through February 26, 2008 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(b).

IT IS SO STIPULATED:

DATED: February 8, 2008        /s/    Garrick Lew
                               GARRICK LEW
                               Attorney for Defendant Johnson Mai

DATED: February 8, 2008        /s/    Gil Eisenberg
                               GIL EISENBERG
                               Attorney for Defendant Kai Lun Zheng

DATED: February 8, 2008        /s/    Brian Getz
                               BRIAN GETZ
                               Attorney for Zhi En Huang

1 | DATED: February 8, 2008 | /s/   Stuart Hanlon
2 | | STUART HANLON
  | | Attorney for David Yuen

3 | DATED: February 8, 2008 | /s/   Randy Montesano
4 | | RANDY MONTESANO
  | | Attorney for Eric Cai

5
6 | DATED: February 8, 2008 | /s/   Alice Wong
  | | ALICE WONG
  | | Attorney for Lisa Lee
7

8 | DATED: February 8, 2008 | /s/   Thomas Mazzucco
  | | THOMAS MAZZUCCO
9 | | Assistant United States Attorney

10

11

12       IT IS SO ORDERED.

13

14 DATED:   February 11, 2008

15                                          United S_____
                                             Judge Maria-Elena James

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Maria-Elena James]*

28 | Stipulation and Proposed Order for Continuance
   | [3-06-70479] [MAG]