AO 257 (Rev. 6/78)

**FILED APR 24 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

**E-filing**

**MHP**

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT   ☐ SUPERSEDING

— Name of District Court, and/or Judge/Magistrate Location —
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

— OFFENSE CHARGED —

21 U.S.C. §§ 846, 841(b)(1)(C) - Conspiracy to Possess With Intent to Distribute and to Distribute, 3,4 Methylenedioxymethamphetamine (MDMA)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 20 years imprisonment, $1,000,000.00 fine, supervised release for a minimum 3-year term to a maximum term of life.

— DEFENDANT - U.S. —
▶ David YUEN

DISTRICT COURT NUMBER
**CR 08 0267**

— PROCEEDING —

Name of Complaintant Agency, or Person (& Title, if any)
**DEA**

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} 3-06-70479 MAG

Name and Office of Person Furnishing Information on this form   **JOSEPH P. RUSSONIELLO**
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   **THOMAS P. MAZZUCCO**

— DEFENDANT —

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
**NDCA**

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction   } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                           Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6                              **E-filing**
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                      SAN FRANCISCO DIVISION

11
12  UNITED STATES OF AMERICA,        )   No. CR 08 0267          MHP
                                     )
13         Plaintiff,                )   VIOLATION: 21 U.S.C. §§ 846,
                                     )   841(b)(1)(C) – Conspiracy to Possess With
14     v.                            )   Intent to Distribute, and to Distribute, 3,4
                                     )   Methylenedioxymethamphetamine
15                                   )   (MDMA)
                                     )
16  DAVID YUEN,                      )   SAN FRANCISCO VENUE
                                     )
17         Defendant.                )
                                     )
18                                   )
                                     )
19  _____  )

20                           INFORMATION
21  The United States Attorney charges:
22
23         Beginning in January of 2002, through on or about August 10, 2006, in the Northern
24  District of California, the defendant,
25                                DAVID YUEN,
26  did knowingly and intentionally conspire with others known and unknown to possess with intent
27  to distribute, and distribute, a Schedule I controlled substance, namely, 3,4
28  methylenedioxymethamphetamine (MDMA), in violation of Title 21, United States Code,

FILED APR 24 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

1  Sections 846, 841(b)(1)(C).

2

3  DATED: 4-24-08                    JOSEPH P. RUSSONIELLO
4                                    United States Attorney
5
6                                    _____
                                     BRIAN J. STRETCH
7                                    Chief, Criminal Division
8
9  (Approved as to form: _____ )
                         AUSA T. MAZZUCCO
10

INFORMATION                              2