O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

FILED
2008 APR 30 PM 2:02
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

Northern DISTRICT OF California

UNITED STATES OF AMERICA

V.

DAVID YUEN

WAIVER OF INDICTMENT

CASE NUMBER: CR 08-0267 MJJ

I, David YUEN, the above named defendant, who is accused of

21 U.S.C. §§ 846, 841(b)(1)(C) - Conspiracy to Possess With Intent to Distribute and to Distribute, 3,4 Methylenedioxymethamphetamine (MDMA)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4-30-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer