UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

FILED

MAY X 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

A Notice of Related Cases has been filed that the following cases are related within the meaning of Crim. L.R. 8-1(b):

**CR04-100 VRW    UNDER SEAL**
**CR08-265 JSW    USA v. Kai Lun Zheng**
**CR08-266 JSW    USA v. Johnsin Mai**
**CR08-267 MHP    USA v. David Yuen**
**CR08-268 PJH    USA v. Zhi En Huang**
**CR08-269 WHA    USA v. Eric Cai**
**CR 08-270 MMC   USA v. Lisa Lee**

### ORDER

The time for filing a statement to support or oppose the Notice has passed. On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[X]    ARE NOT RELATED as defined by Crim. L.R. 8-1(b).

[ ]    ARE RELATED as defined by Crim. L.R. 8-1(b). I find, however, that reassignment to me of the action(s) currently assigned to another judge is not warranted.

[ ]    ARE RELATED as defined by Crim. L.R. 8-1(b). Pursuant to Crim. L.R. 8-1(e), the Clerk of Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials _____ immediately after the case number. All matters presently scheduled for hearing in the reassigned case(s) are vacated and must be renoticed for hearing before the undersigned.

Dated:   X 1 MAY 2008

UNITED STATES DISTRICT JUDGE

### CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record in the cases listed above.

Richard W. Wieking, Clerk

Dated: X 1 MAY 2008

By: **CORA KLEIN**
Deputy Clerk

Copies to: Courtroom Deputies
Case Systems Administrators
Counsel of Record
Entered into Assignment Program:
(date)

COPIES MAILED TO SUBMITTING COUNSEL