1  STUART HANLON, SBN: 66104
   LAW OFFICES OF STUART HANLON
2  179 - 11th Street, 2nd Floor
   San Francisco, California 94103
3  (415) 864-5600

4  Attorney for Defendant
   DAVID YUEN

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 08-0267 MHP |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER** |
| v. | ) **FOR MODIFICATION OF PRETRIAL** |
| | ) **RELEASE CONDITIONS** |
| DAVID YUEN, | ) |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** between the parties through counsel Thomas Mazzucco for the United States of America and Stuart Hanlon for defendant David Yuen, that his pretrial release conditions are modified as follows:

David Yuen shall be released from Newbridge Foundation in Berkely, California and reside with his wife, Cindy Chan, at 2333 Edgehill Court, San Leandro, California 94577.

Defendant Yuen's U.S. Pretrial Services Officer, Victoria Gibson has no objection to the modification of pretrial release conditions.

*Yuen: Stipulation & Proposed Order re Modification of Pretrial Release*     1

All other conditions remain as originally imposed, with the exception of electronic monitoring, which is deleted.

Dated: May 21, 2008

                              s/Stuart Hanlon
                              CSBN: 66104
                              Attorney for Defendant
                              DAVID YUEN
                              179 11TH Street, 2nd Floor
                              San Francisco, CA 94103
                              415/864-5600
                              stuart@stuarthanlonlaw.com

                              s/Thomas Mazzucco
                              Assistant U.S. Attorney
                              *(Signature approved by telephone)*
                              Office of The U.S. Attorney
                              450 Golden Gate Avenue
                              San Francisco, CA 94102

**ORDER**

Good cause having been shown and by Stipulation of the parties herein,

**IT IS HEREBY ORDERED** that defendant David Yuen's pretrial release conditions be modified as follows:

David Yuen shall be released from Newbridge Foundation in Berkely, California and reside with his wife, Cindy Chan, at 2333 Edgehill Court, San Leandro, California 94577.

All other release conditions shall remain as originally imposed, with the exception of electronic monitoring, which is deleted.

**IT IS SO ORDERED**.

Dated:_____                         _____
                                          MAGISTRATE JUDGE JAMES LARSON
                                          United States District Judge

2