```
STUART HANLON, SBN: 66104
LAW OFFICES OF STUART HANLON
179 - 11th Street, 2nd Floor
San Francisco, California 94103
(415) 864-5600

Attorney for Defendant
DAVID YUEN
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0267 MHP |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS** |
| v. ) | |
| DAVID YUEN, ) | |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** between the parties through counsel Thomas Mazzucco for the United States of America and Stuart Hanlon for defendant David Yuen, that his pretrial release conditions are modified as follows:

David Yuen shall be released from Newbridge Foundation in Berkely, California and reside with his wife, Cindy Chan, at 2333 Edgehill Court, San Leandro, California 94577.

Defendant Yuen's U.S. Pretrial Services Officer, Victoria Gibson has no objection to the modification of pretrial release conditions.

*Yuen: Stipulation & Proposed Order re Modification of Pretrial Release*    1

All other conditions remain as originally imposed, with the exception of electronic monitoring, which is deleted.

Dated: May 21, 2008

        s/Stuart Hanlon
        CSBN: 66104
        Attorney for Defendant
        DAVID YUEN
        179 11TH Street, 2nd Floor
        San Francisco, CA 94103
        415/864-5600
        stuart@stuarthanlonlaw.com

        s/Thomas Mazzucco
        Assistant U.S. Attorney
        *(Signature approved by telephone)*
        Office of The U.S. Attorney
        450 Golden Gate Avenue
        San Francisco, CA 94102

**ORDER**

Good cause having been shown and by Stipulation of the parties herein,

**IT IS HEREBY ORDERED** that defendant David Yuen's pretrial release conditions be modified as follows:

David Yuen shall be released from Newbridge Foundation in Berkely, California and reside with his wife, Cindy Chan, at 2333 Edgehill Court, San Leandro, California 94577.

All other release conditions shall remain as originally imposed, with the exception of electronic monitoring, which is deleted.

**IT IS SO ORDERED**.

Dated: May 23, 2008

        MAGISTRATE JUDGE JAMES LARSON
        United States District Judge

2