UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



RELATED CASE ORDER

A Notice of Related Cases has been filed that the following cases are related within the meaning of Crim. L.R. 8-1(b):

**MAY 2 7 2008**

**RICHARD W. WIEKING**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CR04-100 VRW** | **UNDER SEAL** |
| **CR08-265 JSW** | **USA v Kai Lun Zheng** (*custody*) |
| **CR08-266 JSW** | **USA v Johnson Mai** (*custody*) |
| **CR08-267 MHP** | **USA v David Yuen** |
| **CR08-268 PJH** | **USA v Zhi En Huang** |
| **CR08-269 WHA** | **USA v Eric Cai** |
| **CR08-270 MMC** | **USA v Lisa Lee** |

### ORDER

The time for filing a statement to support or oppose the Notice has passed. On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ ]    ARE NOT RELATED as defined by Crim. L.R. 8-1(b).

[ ]    ARE RELATED as defined by Crim. L.R. 8-1(b). I find, however, that reassignment to me of the action(s) currently assigned to another judge is not warranted.

[X]    ARE RELATED as defined by Crim. L.R. 8-1(b). Pursuant to Crim. L.R. 8-1(e), the Clerk of Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials *VRW* immediately after the case number. All matters presently scheduled for hearing in the reassigned case(s) are vacated and must be renoticed for hearing before the undersigned.

DATED: 5/27/08

_____
UNITED STATES DISTRICT JUDGE

### CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record in the cases listed above.

Richard W. Wieking, Clerk

DATED: 5/27/08

By: **CORA KLEIN**
      Deputy Clerk