UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R WALKER
United States District Chief Judge

Date:   June 12,  2008

Case No.CR 04-0100 VRW  USA v KAI LUN ZHENG (CUSTODY) PRESENT
Related:  CR 08-0265 VRW   USA v KAI LUN ZHENG (CUSTODY) PRESENT
        CR 08-0266 VRW USA v JOHNSON MAI (CUSTODY) PRESENT
        CR 08-0267 VRW USA v DAVID YUEN (PRESENT)
        CR 08-0268 VRW USA v ZHI EN HUANG (PRESENT)
        CR 08-0269 VRW USA v ERIC CAI (PRESENT)
        CR 08-0270 VRW USA v LISA LEE (PRESENT

Attorneys:
        For the Government:   Thomas Mazzucco

        For the Defendant(s):   Gil Eisenberg for Kai Lun Zheng
                                Garrick Lew for Johnson Mai and appearing for Lisa Lee
                                Sarah Rief for David Yuen
                                Brian Getz for Zhi En Huang
                                Randy Montesano for Eric Cai

Deputy Clerk:   Cora Klein                         Reporter:  Jim Yeomans
                                                    Interpreter:   Thomas Lam
                              **PROCEEDINGS**

 CR04-0100 VRW USA v Kai Lun Zheng is unsealed on the motion by the govt.
Initial appearance.  Status.

Case Continued to:      8/14/2008  at   10:00 AM    For Status/Change of Plea

**ORDERED AT THE HEARING**

        All the defendants agree to exclude time from the speedy trial act calculations for effective
preparation of counsel and finding the case complex between 5/27/2008 and 6/12/2008 and
between 6/12/2008 and 8/14/2008 which is  the next court date; govt to prepare the order for
exclusion of time.

EXCLUDABLE DELAY :   effective preparation of counsel and finding case complex
Begin: 5/27/08        End: 8/14/08