| | |
|---|---|
| 1 | STUART HANLON, CSBN: 66104 |
| | SARA RIEF, CSBN: 227279 |
| 2 | Law Office of Hanlon & Rief |
| | 179 11th Street, 2nd Floor |
| 3 | San Francisco, CA 94103 |
| 4 | Attorney for Defendant |
| | DAVID YUEN |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. CR 08-0267 VRW |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ~~PROPOSED~~** |
| | ) | **ORDER TO CONTINUE SENTENCING** |
| | ) | **DATE** |
| | ) | |
| DAVID YUEN, | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by the parties that the presently scheduled Sentencing hearing for August 6, 2009, before the Hon. Judge Vaughn R. Walker be continued to September 24, 2009 at 2:00 p.m..

This matter is being continued due to the unavailability of defendant's counsel. Mr. Hanlon will be in trial in *People v. Long Nguyen*, San Mateo County Superior Court.

Dated: July 13, 2009

/s/
STUART HANLON
Attorney for Defendant
DAVID YUEN

Dated: July 20, 2009

/s/
AARON WEGNER
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: July 22, 2009

Hon. Judge Vaughn R. Walker
United States District Court

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Vaughn R Walker]*